UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SHANELLE MORRIS-WILKINS, ) <br> ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> ASSURITY LIFE INSURANCE ) <br> COMPANY, ALBERT BATCHELOR and ) <br> AL BATCHELOR LIFE INSURANCE ) <br> AGENCY, ) <br> ) <br> Defendants. ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:24-CV-449-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motion to dismiss [D.E. 14], DISMISSES WITHOUT PREJUDICE plaintiff's amended complaint [D.E. 5], DENIES plaintiff's motions for extension of time [D.E. 10, 11, 40], and DENIES AS MOOT plaintiff's other motions [D.E. 12, 13, 28, 31, 33, 34, 35].

This Judgment filed and entered on April 3, 2025, and copies to:
Shanelle Morris-Wilkins     (via US Mail to P. O. Box 8414, Rocky Mount, NC 27804)
Hanna E. Eickmeier          (via CM/ECF electronic notification)
Jennifer B. Milak           (via CM/ECF electronic notification)


April 3, 2025                                  Peter A. Moore, Jr.
                                               Clerk of Court


                                               By: /s/ Stephanie Mann
                                                   Deputy Clerk